**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Dakota, Missouri Valley and Western Railroad, Inc., | ) ) ) | **ORDER** |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| JMA Rail Products Co., et al., | ) ) ) | Case No. 1:06-cv-002 |
| Defendants. | ) | |

The Rule 16(b) scheduling conference set for March 21, 2006, shall be rescheduled for April 14, 2006, at 9:00 AM. The conference shall be conducted by telephone conference call to be initiated by the court.

**IT IS SO ORDERED.**

Dated this 23rd day of February, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judg