**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Dakota, Missouri Valley and Western<br>Railroad Inc., a North Dakota Corporation, | )<br>)<br>) | **ORDER RE CAPTION CORRECTION** |
| Plaintiff, | )<br>) | **AND ADDITIONAL BRIEFING**<br>**SCHEDULE** |
| vs. | )<br>) | |
| JMA Rail Products Co., foreign corporation,<br>JMA Railroad Supply Co., foreign<br>corporation, and Miba Bearings U.S., LLC,<br>a foreign limited liability company, | )<br>)<br>)<br>)<br>) | Case No. 1:06-cv-002 |
| Defendants. | ) | |

**IT IS ORDERED:**

The court held a scheduling and discovery teleconference on April 14, 2006, in the above

entitled case.  Attorney Jerry Evenson participated on behalf of the plaintiff and Attorney David

Maring participated on behalf of JMA Rail Products Co. and JMA Railroad Supply Co. ("JMA").

Attorneys Larry Boschee and Alexander Andrews participated on behalf of Miba Bearings.

During the teleconference, Attorney Maring indicated that his clients were incorrectly listed

in the caption of the complaint as JMA Rail Products Co., a/k/a JMA Rail Supply Co.  He stated the

correct names are JMA Rail Products Co. and JMA Railroad Supply Co. and that these are two

separate companies.  The parties agreed during the teleconference that the names should be changed

in the caption accordingly, and that the caption should reflect that these are separate defendants.

Attorney Maring agreed that there are no issues with respect to service of process and that both

companies are party defendants to the action.  Therefore, the Clerks Office is directed to make the

changes reflecting the correct name in the docket.

1

Defendant JMA has filed an affidavit seeking to be dismissed in this case pursuant to N.D.C.C. § 28-01.3-04.  As agreed on during the teleconference, the following briefing schedule is established to address the issued raised by JMA.  The plaintiff shall have until May 5, 2006, to file a response, and JMA shall have until May 19, 2006, to file a reply. The affidavit shall be treated as a motion to dismiss.

Dated this 14th day of April 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge