**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Dakota Missouri Valley and Western Railroad, Inc., | ) ) ) | |
| Plaintiff, | ) ) ) | **ORDER RE STIPULATION TO AMEND SCHEDULING/DISCOVERY PLAN** |
| vs. | ) ) | |
| JMA Rail Products Co., JMA Railroad Supply Co., and Miba Bearings U.S., LLC, a foreign limited liability company, | ) ) ) ) | Case No. 1:06-cv-002 |
| Defendants. | ) | |

On September 27, 2006, the parties filed a Stipulation as to Amended Scheduling/Discovery Plan. The court **ADOPTS** the parties' stipulation (Docket No. 23) and **ORDERS** that the Scheduling/Discovery Plan be amended as follows:

1. Plaintiff shall have until November 1, 2006, to provide the names of expert witnesses and complete reports under Fed. R. Civ. P. 26(a)(2).

2. Defendant Miba Bearings U.S., LLC shall have until December 10, 2006, to provide the names of expert witnesses and complete expert reports under Fed. R. Civ. P. 26(a)(2).

Dated this 5th day of October, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge